UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **17-31341**
)
**Jennifer Ann Brokaw** )
)
) **DEBTOR CHANGE OF ADDRESS**
Debtor(s) )

**Instructions For Cases with Two (Joint) Debtors:**
If the debtors are/were married and only one has moved, put only that person's information below. If both debtors have moved to the same address, put both names below. If both debtors have moved to different addresses, file a separate change of address for each debtor. This form must be signed by at least one debtor or the debtor's attorney.

Name(s) of Debtor(s) at New Address: **Jennifer Ann Brokaw**

**Old Address:**
4717 Parkview Drive, Apt. G
Lake Oswego, OR 97035

**New Address:**
4917 Parkview Drive, Apt. A
Lake Oswego, OR 97035

**New Phone Number, if any:**

**New Email, if any (optional):**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: **April 17, 2018**

**/s/ Alexzander C.J. Adams**
Signature (Required)
**Alexzander C.J. Adams 082441**       **082441 OR**
Type/ Print Signer's Name         OSB # (if attorney)
**(503) 278-5400**
Signer's Phone # and Relation to Case

*Further Information About Address Changes*
Address changes for creditors must be filed on LBF #101C. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

*Further Information About Adding A New Party or Creditor to a Case*
A debtor who wishes to add a creditor to a case must use LBF #728.

An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.